1  NEAL F. MORROW III (SBN: 295497)
2  eservice@calemonlawteam.com
   MFS LEGAL INC.
3  5318 East 2nd Street #490
   Long Beach, CA 90803
4  Telephone: (562) 379-2654

5  Attorneys for Plaintiffs
   STEVEN KAYSER and LYNN KAYSER
6
   SPENCER P. HUGRET (SBN: 240424)
7  shugret@grsm.com
   KATHERINE P. VILCHEZ (SBN: 212179)
8  kvilchez@grsm.com
   TRINA M. CLAYTON (SBN: 204215)
9  tclayton@grsm.com
   GORDON REES SCULLY MANSUKHANI, LLP
10 315 Pacific Avenue
   San Francisco, CA 94111
11 Telephone:  (415) 986-5900
   Facsimile:   (415) 986-8054
12
   Attorneys for Defendant
13 FORD MOTOR COMPANY

14              **UNITED STATES DISTRICT COURT**

15            **NORTHERN DISTRICT OF CALIFORNIA**

16 | STEVEN KAYSER and LYNN KAYSER, | Case No. 5:25-cv-00528-~~SVK~~ NW |

17 | | District Judge: Hon. Noël Wise |

18 |            Plaintiffs, | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
19 |    vs. | |
20 | FORD MOTOR COMPANY, a corporation; and DOES 1 through 10, inclusive, | Complaint Filed: November 27, 2024 |
21 | | Removed: January 15, 2025 |
22 |            Defendants. | |



**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PER FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs Steven Kayser and Lynn Kayser and Defendant FORD MOTOR COMPANY, by and through their counsel of record, hereby stipulate and agree that this action shall be dismissed with prejudice per Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii). All issues pertaining to the case, including the claim for attorneys' fees, costs, and expenses, have been resolved and settlement checks have been tendered so there will be no further claim for damages, fees, costs, or expenses in this matter.

IT IS SO STIPULATED:

Dated: April 24, 2025        **MFS LEGAL INC.**

By: */s/ Neal F. Morrow III*
Neal F. Morrow III
Attorneys for Plaintiffs STEVEN KAYSER and LYNN KAYSER

Dated: April 24, 2025        **GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Trina M. Clayton*
Spencer P. Hugret
Katherine P. Vilchez
Trina M. Clayton
Attorneys for Defendant
FORD MOTOR COMPANY

**ATTESTATION**

I attest that concurrence in the filing of this document has been obtained from the other Signatory, which shall serve in lieu of their signature on the document.

Dated: April 24, 2025        By: */s/ Trina M. Clayton*
Trina M. Clayton

- 1 -

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PER FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)**